UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

**FILED**
November 2, 2010
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff,  ) <br> v.  ) <br> ) <br> KELLY MILES,  ) <br> ) <br> Defendant.  ) | Case No. 2:10-cr-361 LKK <br><br> ORDER FOR RELEASE <br> OF PERSON IN CUSTODY |

TO:  UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>Kelly Miles</u>; Case  <u>2:10-cr-361 LKK</u>  from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

     __  Release on Personal Recognizance

     __  Bail Posted in the Sum of _____

     _X_  Unsecured bond in the amount of $50,000, co-signed by defendant's wife and sister-in-law.

     __  Appearance Bond with 10% Deposit

     __  Appearance Bond secured by Real Property

     __  Corporate Surety Bail Bond

     _X_  (Other) <u>Pretrial conditions/supervision;</u>

Issued at <u>Sacramento, CA</u> on <u>11/2/2010</u>  at  <u>2:33 p.m.</u>

By _____
Kimberly J. Mueller,
United States Magistrate Judge