FILED

November 2, 2010

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,            )
                                     )        Case No.  2:10-cr-361 LKK
            Plaintiff,               )
                                     )        ORDER FOR RELEASE
v.                                   )        OF PERSON IN CUSTODY
                                     )
KELLY MILES,                         )
                                     )
            Defendant.               )

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>Kelly Miles</u>; Case   <u>2:10-cr-361 LKK</u>   from

custody subject to the conditions contained in the attached "Notice to Defendant Being Released"

and for the following reasons:

    ___    Release on Personal Recognizance

    ___    Bail Posted in the Sum of _____

    _X_    Unsecured bond in the amount of $50,000, co-signed by defendant's

           wife and sister-in-law.

    ___    Appearance Bond with 10% Deposit

    ___    Appearance Bond secured by Real Property

    ___    Corporate Surety Bail Bond

    _X_    (Other) <u>Pretrial conditions/supervision;</u>


Issued at  <u>Sacramento, CA</u>  on <u>11/2/2010</u>      at ___2:33 p.m.___


By _____

    Kimberly J. Mueller,
    United States Magistrate Judge