BENJAMIN B. WAGNER
United States Attorney
CAROLYN K. DELANEY
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2798

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR S 10-0361 LKK |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **STIPULATION AND PROTECTIVE** |
| | ) | **ORDER BETWEEN** |
| LONDELL "JR" LINDSEY, and | | **UNITED STATES AND NAMED** |
| KELLY MILES, | ) | **DEFENDANTS** |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

    WHEREAS, the discovery in this case is voluminous and contains a large amount of personal information including but not limited to Social Security numbers, dates of birth, drivers license numbers, bank account numbers, telephone numbers and residential addresses ("Protected Information"); and

    WHEREAS, the parties desire to avoid both the necessity of large scale redactions and the unauthorized disclosure or dissemination of this information to anyone not a party to the court proceedings in this matter;

    The parties agree that entry of a stipulated protective order is appropriate.

    THEREFORE, defendants Lonell "JR" Lindsey, Kelly Miles, and

Plaintiff, the United States of America, by and through their counsel of record ("Defense Counsel"), hereby agree and stipulate as follows:

1. This Court may enter protective orders pursuant to Rule 16(d) of the Federal Rules of Criminal Procedure, and its general supervisory authority.

2. This Order pertains to all discovery provided to or made available to Defense Counsel as part of discovery in this case (hereafter, collectively known as "the discovery").

3. By signing this Stipulation and Protective Order, Defense Counsel agree not to share any documents that contain Protected Information with anyone other than Defense Counsel and designated defense investigators and support staff. Defense Counsel may permit the defendants to view unredacted documents in the presence of his/her attorney, defense investigators and support staff. The parties agree that Defense Counsel, defense investigators and support staff shall not allow the defendants to copy Protected Information contained in the discovery. The parties agree that Defense Counsel, defense investigators, and support staff may provide the defendants with copies of documents from which Protected Information has been redacted.

4. The discovery and information therein may only be used in connection with the litigation of this case and for no other purpose. The discovery is now and will forever remain the property of the United States Government. Defense Counsel will return the discovery to the Government or certify that it has been shredded at the conclusion of the case.

5. Defense Counsel will store the discovery in a secure place

and will use reasonable care to ensure that it is not disclosed to third persons in violation of this agreement.

6.   Defense Counsel shall be responsible for advising his or her respective defendant, employees, and other members of the defense team, and defense witnesses of the contents of this Stipulation/Order.

7.   In the event that the defendant substitutes counsel, undersigned Defense Counsel agrees to withhold discovery from new counsel unless and until substituted counsel agrees also to be bound by this Order.

IT IS SO STIPULATED.

DATED: November 19, 2010            BENJAMIN B. WAGNER
                                    United States Attorney

                                    /s/ Carolyn Delaney
                               By:  _____
                                    CAROLYN K. DELANEY
                                    Assistant U.S. Attorney


                                    /s/ Kyle Knapp
DATED: November 19, 2010       By:  _____
                                    KYLE KNAPP
                                    Counsel for Defendant
                                    LONELL LINDSEY

                                    /s/ Ron Peters
DATED: November 19, 2010       By:  _____
                                    RON PETERS
                                    Counsel for Defendant
                                    KELLY MILES


    IT IS SO FOUND AND ORDERED.

DATED: November 23, 2010

                                    _____
                                    LAWRENCE K. KARLTON
                                    SENIOR JUDGE
                                    UNITED STATES DISTRICT COURT