**Law Offices of Ron Peters**
**RON PETERS (SBN: 45749)**
**50 Fullerton Court, Suite 207**
**Sacramento, California 95825**
**Telephone:   (916) 922-9270**
 **Facsimile:   (916) 922-2465**
**email: ronslaw207@sbcglobal.net**

**Attorney for Defendant**
**KELLY MILES**

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA
-o0o-

| | |
|---|---|
| UNITED STATES OF AMERICA,     ) | CASE NO.: 10-cr-00361-LKK |
|                               ) | |
| Plaintiff,                    ) | |
|                               ) | STIPULATION AND ORDER TO |
| v.                            ) | CONTINUE STATUS CONFERENCE |
|                               ) | |
| KELLY MILES,                  ) | |
|                               ) | |
| Defendant.                    ) | |

The United States of America, through its counsels of record, Mc Gregor W. Scott, United States Attorney for the Eastern District of California, and Carolyn K. Delaney, Assistant United States Attorney, and defendant Kelly Miles, through his attorney, Ronald Peters, Esq, hereby stipulate and agree that the status conference scheduled for April 19, 2011, at 9:15 am should be continued to May 24, 2011 at 9:15 a.m.

Parties agree that time should be excluded pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv), and Local Code  T-4 - reasonable time to prepare and for continuity of counsel. The parties agree that time be excluded under this provision from April 19, 2011, to and including May 24, 2011.

///

///

///

///

---

**U.S. vs. MILES**                                                                                       **STIPULATION AND ORDER TO**
                                                                                                                      **STATUS  CONFERENCE**

DATE: April 18, 2011                    Respectfully submitted

                                        By:     /s/Ron Peters
                                                RON PETERS
                                                Attorney for Defendant
                                                JOHN ALLEN LEE


DATE: April 18, 2011                            By:/s/ Carolyn K. Delaney
                                                Carolyn K. Delaney
                                                Assistant U.S. Attorney


## ORDER FINDING EXCUSABLE TIME

For the reasons set forth in the accompanying stipulation and declaration of counsel, the status conference in the above-entitled action is continued to May 24, 2011 at 9:15 a.m. The court finds excusable time in this matter from April 19, 2011 through May 24, 2011 under 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4, to allow continuity of counsel and to allow reasonable time necessary for effective presentation. For the reasons stipulated by the parties, the Court finds that the interest of justice served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. 3161(h)(8)(A), (h)(8)(B)(iv).

**IT IS SO ORDERED.**


Date: **April 18, 2011**

                                        LAWRENCE K. KARLTON
                                        SENIOR JUDGE
                                        UNITED STATES DISTRICT COURT

---

**U.S. vs. MILES**                              STIPULATION AND ORDER TO
                                                STATUS CONFERENCE