BENJAMIN B. WAGNER
United States Attorney
CAROLYN K. DELANEY
Assistant U.S. Attorney
501 "I" Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2798

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,          )<br>                                    )<br>            Plaintiff,              )<br>                                    )<br>       v.                           )<br>                                    )<br> KELLY MILES,                       )<br>                                    )<br>                                    )<br>            Defendant.              )<br> _____)  | CR NO. S-10-361 LKK<br><br>ORDER RE<br>STATUS CONFERENCE |

On June 28, 2011, at 9:15 a.m., this matter came on for a status conference.  The United States appeared through Assistant United States Attorney Carolyn K. Delaney.  Defendant Kelly Miles appeared with attorney Ron Peters.

The government and the defendant agreed that a further status conference should be scheduled on July 12, 2011, and that time should be excluded until that date based on the need for defense counsel to review the discovery and prepare (local code T4) as the defense counsel has requested to see certain items of evidence which the government will make available for inspection.

Accordingly, the Court entered the following orders:

For good cause shown, IT IS HEREBY ORDERED THAT:

1.   The case is scheduled for a further status conference

1  hearing on July 12, 2011.

2      2.  The time between June 28, 2011 and July 12, 2011 is
3  excluded under the Speedy Trial Act pursuant to Local Code T4,
4  Title 18, United States Code, Section 3161 (h)(7)(A), to give the
5  defendant time to review the discovery and to adequately prepare.
6  The Court specifically finds that a continuance is necessary to
7  give the defendant reasonable time to prepare for trial in this
8  matter.  The Court further finds that the ends of justice served
9  by granting a continuance outweigh the best interest of the public
10 and defendant in a speedy trial.

12 DATE: June 29, 2011

   _____
   LAWRENCE K. KARLTON
   SENIOR JUDGE
   UNITED STATES DISTRICT COURT