```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  CAROLYN K. DELANEY
    Assistant U.S. Attorney
 3  501 "I" Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone: (916) 554-2798
 5
 6
 7              IN THE UNITED STATES DISTRICT COURT
 8             FOR THE EASTERN DISTRICT OF CALIFORNIA
 9
10  UNITED STATES OF AMERICA,   )
                                )    CR NO. S-10-361 LKK
11              Plaintiff,      )
                                )
12         v.                   )    ORDER RE
                                )    STATUS CONFERENCE
13  KELLY MILES,                )
                                )
14                              )
                Defendant.      )
15  _____)
```

16    On June 28, 2011, at 9:15 a.m., this matter came on for a
17 status conference.  The United States appeared through Assistant
18 United States Attorney Carolyn K. Delaney.  Defendant Kelly Miles
19 appeared with attorney Ron Peters.
20    The government and the defendant agreed that a further status
21 conference should be scheduled on July 12, 2011, and that time
22 should be excluded until that date based on the need for defense
23 counsel to review the discovery and prepare (local code T4) as the
24 defense counsel has requested to see certain items of evidence
25 which the government will make available for inspection.
26    Accordingly, the Court entered the following orders:
27    For good cause shown, IT IS HEREBY ORDERED THAT:
28    1.   The case is scheduled for a further status conference

hearing on July 12, 2011.

2. The time between June 28, 2011 and July 12, 2011 is excluded under the Speedy Trial Act pursuant to Local Code T4, Title 18, United States Code, Section 3161 (h)(7)(A), to give the defendant time to review the discovery and to adequately prepare. The Court specifically finds that a continuance is necessary to give the defendant reasonable time to prepare for trial in this matter. The Court further finds that the ends of justice served by granting a continuance outweigh the best interest of the public and defendant in a speedy trial.

DATE: June 29, 2011

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2