1  **Law Offices of Ron Peters**
   **RON PETERS (SBN: 45749)**
2  **50 Fullerton Court, Suite 207**
   **Sacramento, California 95825**
3  **Telephone:   (916) 922-9270**
   **Facsimile:   (916) 922-2465**
4  **email: ronslaw207@sbcglobal.net**

5  **Attorney for Defendant**
   **KELLY MILES**

6

7

                    **IN THE UNITED STATES DISTRICT COURT FOR THE**
8
                         **EASTERN DISTRICT OF CALIFORNIA**
9                                    **-oOo-**

10  **UNITED STATES OF AMERICA,**      )     **CASE NO.: 2:10-cr-00361-LKK**
                                       )
11           **Plaintiff,**            )
                                       )
12  **v.**                             )     **STIPULATION AND ORDER TO**
                                       )     **CONTINUE JUDGMENT AND**
13  **KELLY MILES,**                   )     **SENTENCING**
                                       )
14           **Defendant.**            )
                                       )
15  _____ )

16        The United States of America, through its counsels of record, Benjamin B. Wagner, United

17  States Attorney for the Eastern District of California, and Laurel D. White, Assistant United States

18  Attorney, and defendant Kelly Miles, through his attorney, Ronald Peters, Esq, hereby stipulate and

19  agree that the judgment and sentencing hearing scheduled for February 22, 2012, at 9:15 am should be

20  continued to March 13, 2012 at 9:15 a.m.

21        The presentence report contains factors which were not contemplated by the plea agreement and

22  both sides need additional time to address those issues and possible variances.

23        Parties agree that time should be excluded pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv), and

24  Local Code  T-4 - reasonable time to prepare and for continuity of counsel. The parties agree that time

25  be excluded under this provision from February 22, 2012, to and including March 13, 2012.

26  ///

27  ///

28

_____

U.S. vs. MILES                                    **STIPULATION AND ORDER TO**
                                                  **CONTINUE SENTENCING**

1  DATE: February 21, 2012

2

3

4

5

6  DATE: February 21, 2012

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Respectfully submitted


/s/Ron Peters
RON PETERS
Attorney for Defendant
KELLY MILES


/s/ Ron Peters for Laurel D. White
Laurel D. White
Assistant U.S. Attorney

1

2

## ORDER FINDING EXCUSABLE TIME

3       For the reasons set forth in the accompanying stipulation and declaration of counsel,

4
the status conference in the above-entitled action is continued to March 13, 2012 at 9:15 a.m.

5
The court finds excusable time in this matter from February 22, 2012 through March 13, 2012

6
under 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4, to allow continuity of counsel and

7
to allow reasonable time necessary for effective presentation. For the reasons stipulated by

8
the parties, the Court finds that the interest of justice served by granting the requested

9
continuance outweigh the best interests of the public and the defendant in a speedy trial. 18

10
U.S.C. 3161(h)(8)(A), (h)(8)(B)(iv).

11

12       **IT IS SO ORDERED.**

13

14  Date: February 21, 2012

15                              LAWRENCE K. KARLTON

16                              SENIOR JUDGE
                               UNITED STATES DISTRICT COURT

17

18

19

20

21

22

23

24

25

26

27

28